TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00282-CR

Joseph Krapf, II, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY

NO. 94-3112-1, HONORABLE KEVIN HENDERSON, JUDGE PRESIDING

PER CURIAM

 This is an appeal from the judgment of conviction for assault with bodily injury. 
Appellant has filed a motion to withdraw the appeal. No decision of this Court has been
delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).

Before Chief Justice Carroll, Justices Jones and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: September 13, 1995

Do Not Publish